**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| WILLIAM J JORDAN | |
| Debtor | Bankruptcy No. 20-11204-MDC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

February 11, 2021

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL P. KELLY
402 MIDDLETOWN RD., SUITE 202
202 PENN SQUARE
LANGHORNE, PA 19047-

Debtor:
WILLIAM J JORDAN

1413 HEMLOCK PLACE

PHILADELPHIA, PA 19116-